# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 385 EAL 2025

         Respondent

            v.

ERIC LANE,

         Petitioner

: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 2094 EDA
: 2024 entered on August 27, 2025,
: **affirming** the Judgment of
: Sentence of the Philadelphia
: County Court of Common Pleas at
: No. CP-51-CR-0006409-2023
: entered on July 12, 2024

## <u>ORDER</u>

**PER CURIAM**                             **DECIDED: March 18, 2026**

**AND NOW**, this 18th day of March, 2026, the Petition for Allowance of Appeal is **GRANTED**, limited to the issue of whether the evidence was sufficient to support the suppression court's conclusion that the location where petitioner was stopped was a high-crime area. The order of the Superior Court is **VACATED**, and the matter is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Lewis*, 343 A.3d 1016 (Pa. 2025).